11/23/2020

**Filer:** Nathalie Jean

**Case Name:** Jean v. US Equal Employment Opportunity Commission

**Case Number:** 1:20-cv-09773-UA

**Motion:** Request for Case Files to Be Placed Under Seal

Hello:

This is my motion to keep my files sealed.  Please note that I have already asked for the conducting of a judicial review on an emergency basis.  Normally, EEOC case information are confidential and not subject to FOIA requests.  My file includes many private information about myself and others.  Therefore, I ask that the court keep the case file sealed.

If this motion is allowed, please notify me of how I can send a link for electronic access to the files through a Dropbox link. Thank you.

Sincerely,
*Nathalie Jean*
Nathalie Jean